UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SANGURIMA,<br><br>　　　　Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. 2:17-cv-05022-PSG-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 12). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's stay motion (Dkt. 6) is DENIED and Judgment will be entered dismissing the Petition without prejudice as unexhausted.

DATED: 2/5/18

　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE