JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SANGURIMA,<br><br>　　Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　Respondent. | Case No. 2:17-cv-05022-PSG-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: 2/5/10

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE